IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LYNN LEBEC, | CIVIL DIVISION |
| | No.: 2:09-cv-1696 |
| Plaintiff, | |
| vs. | |
| STATE FARM INSURANCE COMPANIES, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF COURT

AND NOW, to wit this 19th day of January, 2010, upon review of the foregoing Stipulation, it is hereby Ordered that State Farm shall file an Answer to Plaintiff's Complaint by no later than January 31, 2010.

BY THE COURT:

*Gary L. Lancaster*, J

:131367.1