## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LYNN LEBEC, | CIVIL DIVISION |
| | No.: 2:09-cv-1696 |
| Plaintiff, | |
| vs. | |
| STATE FARM INSURANCE COMPANIES, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by the parties, through their undersigned counsel, that this action and all claims of the parties are hereby dismissed with prejudice.

Respectfully submitted,                                   Respectfully submitted,

ROBB LEONARD MULVIHILL LLP                   CUTRUZZULA & NALDUCCI

/s/ Daniel L. Rivetti                                          /s/ Walter Nalducci
Daniel L. Rivetti, Esquire                                Walter Nalducci, Esquire
Pa I.D. #73015                                                Pa I.D. #69256
500 Grant Street                                              3300 Grant Building
23rd Floor, BNY Mellon Center                       330 Grant Street
Pittsburgh, PA 15219                                      Pittsburgh, PA 15219
(412) 281-5431                                                (412) 391-4040
drivetti@rlmlawfirm.com                                cnlawgroup@aol.com

SO ORDERED, this _____ day of September, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief United States District Judge